USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2023

November 13, 2023

**VIA ECF**

**Michael C. Schmidt**
Member
Direct Phone 212-453-3937
Direct Fax 866-736-3682
mschmidt@cozen.com

**MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Palushaj v. Atalian Global Services, Inc.**
**Case No. 23-cv-4206 (GHW)**

Dear Judge Woods:

I hope you had a good weekend. We represent the Defendant in the above-referenced action and respectfully submit this letter to request a brief adjournment, on consent, of the initial conference in this matter.

This past Thursday (November 9th), Your Honor issued an Order moving up the previously-scheduled initial telephonic conference from January 9, 2024 to next Monday, November 20th. Docket No. 18. However, I have a previously-scheduled work-related conflict on Monday and am unable to appear for this conference at the new time on Monday. I have conferred with Plaintiff's counsel and both sides are available for the telephonic conference on the following dates/times, if any are good with Your Honor:

- November 27th, any time between 9:00-12:00 or between 3:00-5:00
- November 30th, any time between 9:00-11:30 or after 1:00
- December 1st, any time

As noted above, Plaintiff's counsel consents to this request. If none of the above windows works for the Court, I can certainly confer with Plaintiff's counsel again to propose additional dates. Thank you very much for your consideration and attention to this matter.

Respectfully yours,

COZEN O'CONNOR

BY: MICHAEL C. SCHMIDT

CC: ALL COUNSEL OF RECORD (VIA ECF)

LEGAL\66835096\1

Application granted. The initial pretrial conference scheduled for November 20, 2023 is adjourned to November 27, 2023 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's May 22, 2023 order are due no later than November 20, 2023. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 19.

SO ORDERED.

Dated: November 13, 2023
New York, New York

GREGORY H. WOODS
United States District Judge