UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GJETO PALUSHAJ,<br><br>        Plaintiff(s),<br><br>  v.<br><br>ATALIAN GLOBAL SERVICES, INC. et al.,<br><br>        Defendant(s). | 23 Civ. 4206 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  Provided, the conference scheduled for June 24, 2024, is **ADJOURNED** to **June 26, 2024, at 11:00 A.M. EST.** The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 262 044 455, followed by the pound sign (#). The parties shall file the joint status letter described in the operative case management plan by **June 19, 2024.**

Dated: December 11, 2023
    New York, New York

                     DALE E. HO
                  United States District Judge