

## VLADECK, RASKIN & CLARK, P.C.

Application **GRANTED.**  All proceedings are **STAYED** and all deadlines **ADJOURNED,** sine die, pending further order of the Court.  The parties shall file their motion for approval of the settlement by **March 1, 2024.** So Ordered.

<u>BY ECF</u>
Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Dale E. Ho
United States District Judge
Dated: February 1, 2024
New York, New York

Re:   Gjeto Palushaj v. Atalian Global Services, Inc. et al.
       <u>1:23-cv-04206 (DEH)</u>

Dear Judge Ho:

        We represent the plaintiff, Gjeto Palushaj, in the above-captioned employment matter against Atalian Global Services, Inc. and Atalian US Northeast, LLC. We write on behalf of all parties to advise the Court that the parties have reached a settlement in principle. We respectfully request that the Court enter a 30-day stay of proceedings while the parties prepare a motion for settlement approval pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015).

                            Respectfully submitted,

                            Jeremiah Iadevaia

cc:    Counsel for all parties (via ECF)

111 Broadway, Suite 1505, New York, New York 10006 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172