

April 19, 2024

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED.** The parties shall file a stipulated dismissal by **May 3, 2024.** So Ordered.
>
> The Clerk of Court is respectfully directed to close the motion at ECF No. 30.
>
> Dale E. Ho
> United States District Judge
> Dated: April 22, 2024
> New York, New York

Re:   Palushaj v. Atalian Global Services, Inc., *et al.*
      **Case No. 23-cv-4206 (GHW)**

Dear Judge Ho:

    As Your Honor may recall, we represent the Defendants in this case. With the consent of Plaintiff's counsel, we respectfully request an additional two-week extension of time for Defendants to provide the agreed-upon settlement payment and file a stipulation of dismissal. The Court granted the first request on April 5th for similar relief, and this is the second request.

    The good news is that we are almost at the finish line to end this action. Unfortunately, the settlement checks that were mailed by the company last week were inadvertently sent to the wrong/former addresses and new checks need to be issued and delivered, which will require a little more time. Accordingly, we respectfully request, with Plaintiff's counsel's consent, a two-week extension to May 3, 2024 for Defendants to make the settlement payment and file a stipulation of dismissal. We expect this will be the last extension needed for this purpose.

    Thank you very much for your consideration.

Respectfully yours,

COZEN O'CONNOR

BY:   MICHAEL C. SCHMIDT

cc:   All Counsel of Record (via ECF)

LEGAL\70102180\1